# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2011

Lyle W. Cayce
Clerk

No. 10-40244
c/w No. 10-40291
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARLIN ISOU MUNOZ-OYUELA,

Defendant-Appellant

Cons. w/ No. 10-40291

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARLIN ESAU OYUELA-MUNOS, also known as Darlin Isou Munoz-Oyuela,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:09-CR-1471-1
USDC No. 1:08-CR-1396-1

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Darlin Isou Munoz-Oyuela has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Munoz-Oyuela has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.